Robin James TOWNE, Plaintiff–Appellant,

v.

Bryan C. WARD, individually; Gunther M. Hinz, individually; John M. Fitzgerald, individually, Defendants–Appellees,

and

Town of Moorefield, a municipal corporation, and Department of Public Safety; State of West Virginia, Department of Public Safety, Defendants.

No. 00–2345.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 21, 2001.

Lary D. Garrett, Garrett & Garrett, Moorefield, WV; Clyde M. See, Jr., See & Downing, Moorefield, WV, for appellant.

Amy Marie Smith, Michael Kozakewich, Jr., Steptoe & Johnson, Clarksburg, WV; Daniel A. Ruley, Jr., Morris & Ruley, Parkersburg, WV, for appellees.

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Robin James Towne appeals the district court's order denying relief on his com-

---

plaint alleging violations under 42 U.S.C.A. § 1983 (West Supp. 2000), and West Virginia state law. We have reviewed the parties' briefs, joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Towne v. Ward,* No. CA–99–40–2 (N.D.W.Va. July 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*